IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL ALLEN MATTOX | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv487 |
| JEROME OWENS, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Allen Mattox, an inmate at the Wynne Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against Jerome Owens, Tommy Adams, Misty Weeks, and Robert Choate.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed as frivolous and for failing to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.

A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the 25 day of **February, 2014.**

_____
Thad Heartfield
United States District Judge